RUSSELL E. MARSH, ESQUIRE
Nevada Bar No. 11198
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
russ@wmllawlv.com
Attorney for Defendant Stark

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RAVEN STARK, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 2:18-CR-00392-RFB-PAL |

**STIPULATION AND ORDER TO MODIFY CONDITIONS
OF DEFENDANT STARK'S PRETRIAL RELEASE**

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, Nicholas Trutanich, United States Attorney, through Kevin Schiff, Assistant United States Attorney; and Defendant Raven Stark ("Ms. Stark"), by and through her counsel, Russell E. Marsh, Esquire, Wright Marsh & Levy, that the conditions of Ms. Stark's Pretrial Release be modified to place her on radio frequency (RF) location monitoring instead of GPS, and to place her on a curfew as scheduled by Pretrial Services instead of house arrest.

1. Ms. Stark was charged by Indictment on December 4, 2018 (ECF No. 1), and was initially detained when she appeared in this case on December 10, 2018 (ECF Nos. 5, 10). On January 7, 2019, Ms. Stark was ordered released on the condition, among others, that she be placed on the Location Monitoring Program, subject to a home detention component, with GPS technology. (ECF Nos. 14, 15).

1 | 2. Ms. Stark's trial in this matter is currently set for May 6, 2019, but the parties will also be submitting a stipulation to continue the trial date for 90 days.

3. Ms. Stark suffers from several medical conditions, and requires flexibility to attend doctor's appointments and attend to her medical needs. Ms. Stark also cares for her mother and one of her children.

4. Pretrial Services Officer Austin Allison has requested that Ms. Stark's conditions of pretrial release be modified to place her on a curfew with radio frequency (RF) location monitoring.

5. Assistant U.S. Attorney Kevin Schiff agrees with this request.

6. The parties agree that all other conditions of Ms. Stark's release will remain in full force and effect.

Dated this 11th day of April, 2019.

Respectfully submitted:

| WRIGHT MARSH & LEVY | NICHOLAS TRUTANICH |
| --- | --- |
| | United States Attorney |
| By  /s/ Russell E. Marsh | By  /s/ Kevin Schiff |
| RUSSELL E. MARSH, ESQUIRE | KEVIN SCHIFF |
| 300 S. Fourth Street | Assistant United States Attorney |
| Suite 701 | 501 Las Vegas Boulevard South |
| Las Vegas, NV 89101 | Suite 1100 |
| Attorney for Defendant Stark | Las Vegas, NV 89101 |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>RAVEN STARK,<br><br>    Defendant. | CASE NO. 2:18-CR-00392-RFB-PAL<br><br>**ORDER** |

Based on the parties' Stipulation to Modify Conditions of Pretrial Release, and good cause appearing,

IS IT HEREBY ORDERED that the conditions of Defendant Stark's pretrial release be modified as follows:

1. Ms. Stark shall be placed on a curfew, as scheduled by Pretrial Services.
2. Ms. Stark will be placed on radio frequency (RF) location monitoring.
3. All other conditions of Pretrial Supervision will remain in effect.

IT IS SO ORDERED.

DATED: April 12, 2019

_____
RICHARD F. BOULWARE, II
United States District Judge