LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**
550 E. Charleston Blvd., Suite A
Las Vegas, NV  89104
(702) 222-0007 (T) | (702) 222-0001 (F)
Lisa@Veldlaw.com

Attorneys for Raven Stark

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>RAVEN STARK,<br><br>                    Defendant | Case No.: 2:18-cr-00392 RFB-VCF<br><br>**UNOPPOSED MOTION REQUESTING AN ORDER DIRECTING UNITED STATES PROBATION TO PREPARE A PRE-PLEA CRIMINAL HISTORY ANALYSIS** |

The Defendant, Raven Stark, by and through her counsel, Lisa Rasmussen, hereby moves this Court for an order directing United States Probation to prepare a criminal history analysis of Ms. Stark's criminal history points, criminal history score and any applicable offender enhancements, such as career offender, that could potentially be applicable to Ms. Stark at the time of sentencing if convicted.

This information would be helpful to the undersigned in potential settlement negotiation and potential resolution of this case.  The government is not opposed to this motion and agrees that the analysis could be helpful to both parties.

UNOPPOSED MOTION REQUESTING AN ORDER DIRECTING UNITED STATES PROBATION TO PREPARE A PRE-PLEA CRIMINAL HISTORY ANALYSIS - 1

Accordingly, it is respectfully requested that this Court issue an order directing United States Probation to conduct a pre-plea criminal history analysis of Ms. Stark. A proposed order appears below.

Dated this 23rd day of April, 2021.

**THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES,**

*/s/ Lisa A. Rasmussen*
LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
Attorneys for Raven Stark

### ORDER

Upon the Motion of the Defendant, Raven Stark, there being no opposition by the government, and good cause appearing,

IT IS HEREBY ORDERED that United States Probation is directed to prepare a pre-plea criminal history analysis of Ms. Stark to include her criminal history points, score and potential offender criminal history enhancements that could be applicable.

Dated: April 23, 2021

The Honorable Richard F. Boulware, II
United States District Judge