CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 114853
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
Susan.Cushmanusdoj.gov
*Attorneys of the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-cr-00392-RFB-VCF |
| Plaintiff, | **Stipulation to Continue Trial (Ninth Request)** |
| vs. | |
| RAVEN STARK, | |
| Defendant. | |

It is stipulated and agreed, by and between Christopher Chiou, United States Attorney; Susan Cushman, Assistant United States Attorney, counsel for the United States of America and Damian R. Sheets, Esq., counsel for defendant Raven Stark;

That the trial currently scheduled for August 9, 2021, be vacated and set to a time convenient for the Court, but not less than 45 days from the current setting.

Further, that the calendar call currently scheduled for August 3, 2021, be vacated and set to a time convenient for the Court, and that the Court set new dates for motions based on the new trial dates.

Further, that the master trial calendar scheduling conference currently set for July 20, 2021, be vacated.

1. Damian R. Sheets, Esq. counsel for Defendant entered his appearance on May 14, 2021. EFC 6. Mr. Sheets has requested additional time to review discovery and to meet and confer with his client.

2. Counsel for Defendant and the Government agree to the continuance.

3. Defendant is on pre-trial release and agrees to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), when considering the factors under 18 U.S.C. §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6. This is the ninth request for a continuance.

DATED this <u>15th</u> day of July, 2021.

        Respectfully submitted,

        CHRISTOPHER CHIOU
        Acting United States Attorney

        */s/ Susan Cushman*
        Susan Cushman
        Assistant United States Attorney

        */s/ Damian R. Sheets*
        Damian R. Sheets, Esq.
        Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAVEN STARK,<br><br>Defendant. | 2:18-cr-00392-RFB-VCF<br><br>**Stipulation to Continue Trial (Ninth Request)** |

## I. Findings of Fact

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for Defendant would like more time to meet and confer with his client to discuss discovery provided thus far.

2. Counsel for Defendant and the Government agree to the continuance.

3. Defendant is on pre-trial release and agrees to the continuance.

4. Based upon continuity of counsel and effective preparation, denial of this request for a continuance would deny the parties herein sufficient time and opportunity to effectively and thoroughly prepare for trial in this case, taking into account the exercise of due diligence. Denial of this request would result in a miscarriage of justice.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), when considering the factors under 18 U.S.C. §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6. This is the ninth request to continue trial.

For all of the above-stated reasons, the end of justice would best be served by a continuance of the trial date.

## II. Conclusions of Law

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendants in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), when considering the factors under 18 U.S.C. §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

## III. Order

IT IS ORDERED that the calendar call currently scheduled for August 3, 2021, be vacated and continued to _____October 12, 2021_____, at the hour of __1:30__ pm.

IT IS FURTHER ORDERED that the trial currently scheduled for August 9, 2021 be vacated and continued to _____October 18, 2021_____, at the hour of __9:00__ am.

IT IS FURTHER ORDERED the master trial calendar scheduling conference set for July 20, 2021, hereby is vacated.

IT IS FURTHER ORDERED that all motions are due on _August 23, 2021_ and responses are due on _September 6, 2021_; replies are due _September 13, 2021_.

IT IS SO ORDERED

_____
THE HONORABLE RICHARD BOULWARE
UNITED STATES DISTRICT JUDGE

DATED: _July 15, 2021_