# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00392-RFB-VCF |
|---|---|
| Plaintiff, | **ORDER FOR PLACEMENT AT RESIDENTIAL REENTRY CENTER** |
| v. | |
| RAVEN VICTORIA STARK, | |
| Defendant. | |

On March 8, 2022, this Court held a Status Conference hearing in this case. The Court modified defendant's pretrial release to include placement at the residential reentry center.

The Court also imposed certain special conditions. These special conditions included, the following conditions:

1. The defendant is to enter and successfully complete Westcare residential substance use disorder treatment, starting March 11, 2022.

2. The defendant shall pay all or part of the cost of the substance use treatment program or evaluation based upon his/her ability to pay as determined by Pretrial Services or the supervising officer.

IT IS SO ORDERED this <u>8th</u> day of March, 2022.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**