DONALD J. GREEN, ESQ.
Nevada Bar No. 1869
California Bar No. 112495
4760 South Pecos Road, Suite 103
Las Vegas, Nevada  89121
Cell:     (702) 409-8239
Fax:      (855) 459-8472
CrimeLV7777@aol.com
Attorney for Defendant
**RAVEN STARK**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-CR-00392-RFB-VCF |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| RAVEN STARK, | |
| Defendant. | |

**CERTIFICATION:  This STIPULATION is timely filed.**

COME NOW, the United States of America by and through the Office of the United States Attorney, JASON FRIERSON, United States Attorney, by and through Assistant United States Attorney EDWARD G. VERONDA, and Defendant RAVEN STARK, by and through her counsel Donald J. Green, Esq., who submit this FIRST STIPULATION to continue the Sentencing now set for April 6, 2023.

This STIPULATION is submitted pursuant to FRCrP 1 and 2.

This STIPULATION is entered into for the following reasons:

1. Defense counsel Green is currently engaged in a multi-defendant trial before the Honorable Gloria Navarro, United States District Judge. The trial is expected to last 6 to 8 weeks, commencing March 20, 2023.

2. Counsel Green will require additional time to present and/or evaluate information which may impact on the sentencing of the defendant.

3. The following proposed dates and times for sentencing are submitted for the Court's consideration:

    A.   June 15, 2023: 900am to 1200noon.

    B.   June 22, 2023: 900am to 1200noon.

    C.   June 29, 2023: 900am to 1200noon.

    D.   July 6, 2023:  900am to 1200noon.

4. Defendant consents to this STIPULATION to continue sentencing.

5. This STIPULATION does not implicate any aspects of the Speedy Trial Act.

6. This is the FIRST request for a continuance of the sentencing of the defendant.

| | |
|---|---|
| DONALD J. GREEN ESQ.<br>___/s/ D. Green____ | **JASON M. FRIERSON**<br>**UNITED STATES ATTORNEY**<br>___/s/ E Veronda AUSA___<br>**EDWARD G. VERONDA**<br>**Assistant U.S. Attorney** |

---

**ORDER TO CONTINUE SENTENCING**

Based upon the STIPULATION of the parties, with the defendant consenting to said continuance, and GOOD CAUSE appearing:

**IT IS ORDERED that the Sentencing scheduled for APRIL 6, 2023 shall be VACATED.**

**IT IS FURTHER ORDERED that the Sentencing of the defendant shall be set for** __June 15_____, **2023 at the hour of** 11:00 am

**DATED THIS** 29th **day of MARCH, 2023**.

_____
**Hon. RICHARD F. BOULWARE, II**
**United States District Judge**

2